UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>219 FOREST STREET, LLC,<br><br>Debtor.<br><br>———————————————————<br><br>DAVID P. DEPIETRI, ROBERT J. DEPIETRI, JR., KIMBERLY DEPIETRI, 219 FOREST STREET LLC, DAVID P. DEPIETRI, TRUSTEE OF THE 219 FOREST STREET REALTY TRUST, DAVID P. DEPIETRI, TRUSTEE OF THE 201 FOREST STREET REALTY TRUST, 57 EAST MAIN STREET LLC, DAVID P. DEPIETRI, TRUSTEE OF THE 57 EAST MAIN STREET REALTY TRUST, THOMAS S. ZOCCO, TRUSTEE OF THE 65 BOSTON POST ROAD REALTY TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>MARCELLO MALLEGNI, LBM FINANCIAL, LLC, WOLFPEN FINANCIAL, LLC, MICHAEL NORRIS<br><br>Defendants. | Chapter 11<br><br>Case No. 07-41768-JBR<br><br><br><br>Adv. Proc. No. 07-04078-JBR |

### NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), made applicable to this proceeding by Rule 7041 of the Federal Rules of Bankruptcy Procedure, the plaintiffs hereby voluntarily dismiss the above-captioned adversary proceeding without prejudice.

        Respectfully Submitted,

DAVID P. DEPIETRI, ROBERT J. DEPIETRI, JR., KIMBERLY DEPIETRI, 219 FOREST STREET LLC, DAVID P. DEPIETRI, TRUSTEE OF THE 219 FOREST STREET REALTY TRUST, DAVID P. DEPIETRI, TRUSTEE OF THE 201 FOREST STREET REALTY TRUST, 57 EAST MAIN STREET LLC, DAVID P. DEPIETRI, TRUSTEE OF THE 57 EAST MAIN STREET REALTY TRUST, THOMAS S. ZOCCO, TRUSTEE OF THE 65 BOSTON POST ROAD REALTY TRUST,
By their counsel,

  /s/ Thomas Butters
Thomas Butters, Esq. (BBO #068260)
Butters Brazilian, LLP
One Exeter Plaza
Boston, MA 02116
Ph: (617) 367-2600
Fax: (617) 367-1363

Dated: July 6, 2007